UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
ATLANTIC RECORDING CORPORATION, )
a Delaware corporation; ELEKTRA            )   Case No. C06-0864RSL
ENTERTAINMENT GROUP INC., a            )
Delaware corporation; CAPITOL RECORDS, INC., )
a Delaware corporation; and UMG RECORDINGS, )   DEFAULT JUDGMENT AND
INC., a Delaware corporation,                    )   PERMANENT INJUNCTION
                                                    )
                        Plaintiffs,            )
        v.                                      )
                                                    )
LORI WEIRICH,                              )
                                                    )
                        Defendant.         )
_____)

Having considered plaintiffs' "Application for Entry of Default Judgment by the Court," (Dkt. #9), the additional evidence provided on September 21, 2006 (Dkt. #11), and the remainder of the record, the Court finds as follows:

    1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five (5) sound recordings listed in Exhibit A to the Complaint (Dkt. #1).  Having been adjudicated to be in default (Dkt. #6), defendant is liable to plaintiffs for infringement in the amount of $3,750.

    2.    Defendant shall further pay plaintiffs' costs of suit herein in the amount of $420.

    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "We Are Family," on album "We Are Family," by artist "Sister Sledge" (SR# 6-182);
- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Comfortably Numb," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);
- "I'd Die for You," on album "Slippery When Wet," by artist "Bon Jovi" (SR# 71-794);
- "Mama Said Knock You Out," on album "Mama Said Knock You Out," by artist "LL Cool J" (SR# 123-555);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation, by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

4. The Court enters judgment in favor of plaintiffs and against defendant.

DATED this 4th day of October, 2006.

_____
Robert S. Lasnik
United States District Judge

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION                    -2-